UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 14-34717-BKC-RBR
PROCEEDING UNDER CHAPTER 13

IN RE:

MARGERET R WILLIAMS
XXX-XX-2475

DEBTOR_____/

## NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Robin R. Weiner files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor: Ocwen Loan Servicing, LLC**

**Mortgage Arrearage**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 5 | 3248 | $16,797.37 | $16,797.60 | $16,797.60 |

**Monthly ongoing mortgage payments were paid through the Chapter 13 Trustee along with the arrearage and any post petition mortgage fees, expenses and charges paid through the confirmed plan.**

Within 21 days of the service of the Notice Of Final Cure Payment, the Creditor MUST file and serve a Statement as a supplement to the Holder's Proof of Claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the Holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the Holder's Proof of Claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

NOTICE OF FINAL CURE PAYMENT
CASE NO.:  14-34717-BKC-RBR

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice Of Final Cure Payment was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 26th day of September, 2019.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

**SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTOR**
MARGERET R WILLIAMS
1010 NW 107 AVE
HOLLYWOOD, FL  33026

**ATTORNEY FOR DEBTOR**
RICARDO CORONA, ESQUIRE
3899 NW 7TH STREET
SUITE 202-B
MIAMI, FL  33126

**CREDITOR**
Ocwen Loan Servicing, LLC
1661 Worthington Road
Suite 100
West Palm Beach,  FL  33409